983 F.2d 1055
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
FEDERAL DEPOSIT INSURANCE CORPORATION, an instrumentality of
the United States, in its corporate capacity and as the
subrogee of the rights of the depositors of Fidelity Federal
Savings and Loan Association, Plaintiff-Appellant,
and
HOWARD INTERNATIONAL, INCORPORATED; Development
Funding/Highpointe, Incorporated, Plaintiffs,
v.
AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, INC.,
Defendant-Appellee,
and
Philip A. ASPLEN, Jr., Executor for Gerard A. Heidrick, Jr.,
deceased; Edmund A. Chrzanowski; Francis A.
Korwek; Kendall L. White; Richard M.
Smith, Defendants.
 No. 92-1447.
 United States Court of Appeals,
Fourth Circuit.
 Argued: October 27, 1992
Decided: January 4, 1993
Ordered Published May 6, 1993.
 
 1
 SEE 995 F.2D 471.